**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam
Court Reporter: Kara Spitler
Probation Officer: Andrea Bell

Date:  June 16, 2011

Criminal Action No.: 10-cr-00524-JLK

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER R. KESSELL,

    Defendant.

*Counsel:*

Zachary Phillips

Kevin C. Flesch

**SENTENCING MINUTES**

**3:02 p.m.     Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

**Change of Plea Hearing:    January 20, 2011**

**Defendant plead guilty to Count Six of the Indictment.**

Parties received and reviewed the presentence report.

**ORDERED:** Government's Motion To Dismiss Remaining Counts Of The Indictment (Filed 6/15/11; Doc. No. 50) is GRANTED.

**ORDERED:** Government's Motion For Defendant to Receiive The Third Level For Acceptance Of Responsibility Under U.S.S.G.§3E1.1(b) [Filed 6/15/11; Doc. No. 51] is GRANTED.

**ORDERED:** United States'§ 5K1.1 Motion for Downward Departure From Sentencing Guideline Range (Filed 6/15/11; Doc. No. 52) is GRANTED.

*10-cr-00524-JLK*
*Sentencing*
*June 16, 2011*

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Six to a term of imprisonment of **28 months**, with **full credit for time already served**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all

*10-cr-00524-JLK*
*Sentencing*
*June 16, 2011*

|     |     |
| --- | --- |
|     | psychological reports and/or presentence reports for continuity of treatment. |
| (X) | Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. |
| (X) | Defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained. |
| (X) | Defendant shall advise the probation officer of all medications that have been prescribed to him and shall advise his physician or other medical treatment provider of the federal charge and his prior addiction to pain medications.  Defendant shall allow the probation officer to verify that this full disclosure has been mad. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

Defendant admits forfeiture allegation.

**ORDERED:  Defendant shall forfeit, to the United States, any and all property, real or personal, derived from proceeds of the instant offense.**

**ORDERED:  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.**

**3:14 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 12 minutes.